UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHOU, M.D., | No. 2:19-cv-01681-KJM-DB |
| Plaintiff, | |
| v. | AMENDMENT TO THE SCHEDULING ORDER |
| CARNIVAL CRUISE LINES et al., | |
| Defendants. | |

The parties jointly request (ECF No. 18) to amend dates in the pretrial scheduling order (ECF No. 17). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | September 14, 2020 | March 15, 2021 |
| Supplemental Expert Disclosures | N/A | N/A |
| Completion of Expert Discovery | N/A | N/A |
| All Dispositive Motions Hearing Date | December 11, 2020 | June 18, 2021 |
| File Joint Pretrial Conference Statement | N/A | N/A |
| Final Pretrial Conference | N/A | N/A |
| Trial Briefs Due | N/A | N/A |

After checking with Judge Brennan's chambers, the court has confirmed the date proposed by the parties of January 11, 2021 for a settlement conference is not available. The parties are directed to work with Judge Brennan's chambers in resetting the settlement conference

1

currently set before Judge Brennan on October 1, 2020 at 10 a.m.  This amendment does not alter any other portions of the initial scheduling order (ECF No. 17).

        IT IS SO ORDERED.

DATED:  September 28, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE

2