Michael A. Schaps (SBN 247423)
mschaps@michaelschaps.com
**THE SCHAPS LAW OFFICE, A.P.C.**
732 Third Street
Suite B
Davis, CA  95616
Telephone:    +1 530 238 5111
Facsimile:    +1 530 231 2829

Attorneys for Plaintiff
RICHARD CHOU

Yesenia M. Gallegos (SBN 231852)
ygallegos@mwe.com
Laurie Baddon (SBN 299106)
lbaddon@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3800
Los Angeles, CA  90067-3218
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730

Attorneys for Defendant
CARNIVAL CORPORATION DBA
CARNIVAL CRUISE LINES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHOU, M.D. an individual,<br>　　　　　　　Plaintiff,<br>　　v.<br>CARNIVAL CRUISE LINES, an entity of form unknown; CARNIVAL CORPORATION, an entity of form unknown, and DOES 1 through 20, inclusive,<br>　　　　　　　Defendants. | CASE NO. 2:19-cv-01681-KJM-DB<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　　June 14, 2019<br>Removed:　　　　　August 28, 2019<br>FAC Filed:　　　　　September 27, 2019 |

**TO THE HONORABLE COURT:**

The Parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated therein against all parties, with each party to bear its own attorney's fees and costs.

Dated: November 10, 2021      **THE SCHAPS LAW OFFICE, A.P.C.**

By:  */s/Michael A. Schaps*
     MICHAEL A. SCHAPS
     Attorneys for Plaintiff
     RICHARD CHOU, M.D.

Dated: November 10, 2021      **MCDERMOTT WILL & EMERY LLP**

By:  */s/Laurie Baddon*
     YESENIA M. GALLEGOS
     LAURIE BADDON
     Attorneys for Defendant
     CARNIVAL CORPORATION DBA
     CARNIVAL CRUISE LINES

**ORDER**

The Joint Stipulation for Dismissal With Prejudice is approved. The entire action, including all claims stated against all parties, is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

DATED: November 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE